UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN BUNYAN,

    Plaintiff,

v.                                  Case No. 8:18-cv-2210-T-36JSS

UNITED STATES OF AMERICA,
ROBERT L. WILKIE, SECRETARY
OF THE DEPARTMENT OF
VETERAN'S AFFAIRS, and DR. IRA
AZNEER, individually,

    Defendants.

_____

**STATUS REPORT & JOINT MOTION TO PRESENT TESTIMONY OF ONE WITNESS VIA VIDEO CONFERENCE OR VIDEO DEPOSITION AND INCORPORATED MEMORANUM OF LAW**

    Per the Court's Order dated July 16, 2020 (Doc. 72), the defendants submit this status report as to their witnesses, and all parties request to have Mr. Lance Litman, one of the witnesses to be called by the defendants, testify over video conference. In the alternative, the parties seek to take a video deposition of Mr. Litman and use his video deposition at the time of the evidentiary hearing.

**Status Report**

    Mr. Lance Litman is awaiting the results of a COVID-19 test that he took on July 15, 2020. He completed his test on July 15, 2020, but was informed the results would take six to ten days, which goes beyond the date ordered by the Court for the

1

status report and the evidentiary hearing. Mr. Litman has experienced mild symptoms, but members of his household have been exposed to persons with confirmed COVID-19 and have more severe symptoms.

## MEMORANDUM OF LAW

Rule 43 of the Federal Rules of Civil Procedure establishes that federal courts have the authority to permit "for good cause in compelling circumstances and with appropriate safeguards," testimony via "contemporaneous transmission from a different location." FED. R. CIV. P. 43(a). Additionally, pursuant to the Chief Judge's March 13, 2020 order regarding restrictions on visitors to the United States courthouses in the Middle District of Florida, Mr. Litman should not enter the courthouse for the hearing. *See* March 13, 2020 Order, found at https://www.flmd.uscourts.gov/announcements/order-restrictions-visitors-federal-courthouses-middle-district-florida. The parties believe that good cause exists to permit Mr. Litman's testimony to occur via live videoconference at the evidentiary hearing.

In light of Mr. Litman's pending COVID-19 status, all parties request that his direct and cross-examination be conducted over video conference. All parties anticipate Mr. Litman's examinations will be brief, because he was only a witness to the March 21, 2018 debriefing meeting, not to the underlying February 7, 2016 incident at issue in this case. At this time, the parties believe that all other witnesses can attend the evidentiary hearing in person.

To address the Court's concerns of potential technological difficulties, Mr. Litman has informed the undersigned Assistant United States Attorneys that he has successfully conducted video conferences, including depositions and mediations, over Zoom in the past several months, and has a reliable internet connection.

In the alternative, the parties request to take Mr. Litman's video deposition and be allowed to play Mr. Litman's videotaped deposition at the time of the evidentiary hearing.

Dated:  July 17, 2020                            Respectfully submitted,

Maria Chapa Lopez
United States Attorney

*/s/ Erin Choi*
Erin Choi
Assistant United States Attorney
USA No. 196
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Phone: 813-274-6000
Email: Erin.Choi@usdoj.gov

Carolyn B. Tapie
Assistant United States Attorney
USA No. 190
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Phone: 813-274-6000
Email: Carolyn.B.Tapie@usdoj.gov

and

*/s/ Frank M. Malatesta*
Frank M. Malatesta, Esq.
*Attorney for Plaintiff*
Florida Bar No.: 0097080

                        MALATESTA LAW OFFICE
                        871 Venetia Bay Blvd., Suite 235
                        Venice, Florida 34285
                        Phone: 941-256-3812
                        Email: frank@malatestalawoffice.com
                        Email: staff@malatestalawoffice.com